## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE TEXTRON, INC. ERISA LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Civil Action No. 09-383-ML<br>(Consolidated Actions) |

## DECLARATION OF THOMAS J. McKENNA ON
## BEHALF OF GAINEY McKENNA & EGLESTON

I, **Thomas J. McKenna**, declare as follows:

1.       I am a member of the law firm of Gainey McKenna & Egleston.  I submit this declaration in support of my firm's application for an award of attorneys' fees in connection with services rendered in this case, as well as the reimbursement of expenses incurred by my firm in connection with this ERISA class action litigation.  I have personal knowledge of the matters set forth herein based upon my active supervision and participation in all material aspects of the litigation.

2.       My firm acted as co-counsel for Plaintiffs Adrienne Harrington-Wheatley, Jubrina Hook and Robert T. Arthur in this ERISA class action litigation.  My Firm has extensive class action experience.  The Firm represents individuals, small businesses, institutional investors and employees in many class action cases litigated in the United States.  My Firm has served as sole lead-counsel, co-lead counsel or on an executive committee in numerous class actions, including cases brought on behalf of employees under the ERISA statute.  Attached hereto as Exhibit 1 is the Firm's résumé, which summarizes my Firm's experience.

3.      I have been personally involved in and/or overseen all aspects of the Firm's work in this Litigation since 2009, including but not limited to investigating and drafting the original complaint we filed on behalf of Plaintiffs Adrienne R. Harrington, Robert T. Arthur and Jubrina Hook in the United States District Court for the District of Rhode Island. After discussions with our three clients and counsel for the other plaintiffs, we agreed to work together with the other plaintiffs to consolidate all the actions and prosecute the case. My firm participated in the drafting of the consolidated complaint on behalf of our three clients and the other plaintiffs. My firm also assisted in opposing the defendants' motion to dismiss and in opposing defendants' motion for partial reconsideration of the Court's order on the motion to dismiss. My firm also participated in drafting and responding to written discovery demands and in reviewing and coding documents produced by defendants. We also worked with our clients to respond to interrogatories. Plaintiff Robert Arthur desired to voluntarily withdraw as a named plaintiff and we worked with lead counsel to accomplish that result. We then prepared our clients Adrienne Harrington-Wheatley and Jubrina Hook for their depositions. Ms. Hook was unable to attend her deposition, however, and so with our help she withdrew as a named plaintiff. Ms. Harrington-Wheatley traveled from Texas to Rhode Island and sat for her deposition which I defended. After the depositions of the plaintiffs were completed, my Firm assisted with some motions to compel discovery and continued document review. My firm also participated in preparing the brief for the voluntary mediation session. I attended the mediation with the private mediator from JAMS where, after a full day session, the parties were able to settle the case in principle. Thereafter, we participated in the drafting and finalizing of the settlement agreement, the motion for preliminary approval of the settlement and the instant motion for final approval of the

settlement.  Throughout the litigation, we kept our clients informed on the progress of the case and the proposed settlement by providing them with regular updates.

4.      The schedule attached hereto as Exhibit 2 is a detailed summary indicating the amount of time spent by the attorneys and professional support staff of my Firm who were involved in this litigation, and the lodestar calculation based on my firm's current billing rates.[1] The schedule was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm, which are available at the request of the Court for review *in camera*.[2]

6.      The hourly rates for the partners, other attorneys, and professional support staff in my firm included in Exhibit 2 are the same as the regular current rates charged for their services in non-contingent matters and/or which have been used in the lodestar cross check accepted by courts in other class litigation. Time expended in preparing this application for fees and reimbursement of expenses has not been included in this request.

7.      The total number of hours expended on this litigation by my firm from inception to October 28, 2013 is 501.90 hours.  The total lodestar for my firm is $285,447.75, consisting of $269,222.75 for attorneys' time and $16,225.00 for professional support staff time.

8.      My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items.  Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

---

[1]  This application does not include time for anyone who spent fewer than 5 hours on this litigation.

[2]  These records may include information concerning privileged and/or confidential attorney-client communications or work product.

9.      As detailed in Exhibit 3, my firm has incurred a total of $6,848.40 in un-reimbursed expenses in connection with the prosecution of this litigation.

10.     The expenses incurred in this action are reflected on the books and records of my firm, which are available at the request of the Court.  These books and records are prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses as charged by the vendors.  Third-party expenses are not marked up.

11.     By agreement between Plaintiffs' Counsel, my firm is not charging separately for the following costs and expenses:  secretarial and clerical overtime, including their meals and local transportation; after-hours HVAC; word processing; secretarial/clerical time for document preparation; time charges for routine copying, faxing or scanning; office supplies (such as paper, binders, etc.); special publications; continuing legal education seminars; working meals for attorneys (with the exception of meals with clients, expert or other witnesses, or meal expenses for meetings between Plaintiffs' Counsel); and local overtime meals and transportation for attorneys.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of October, 2013.

_____
**THOMAS J. McKENNA**

# *EXHIBIT 1*

# EXHIBIT 1

# *GAINEY McKENNA & EGLESTON*

---

ATTORNEYS AT LAW

440 PARK AVENUE SOUTH
5TH FLOOR
NEW YORK, NY 10016
TEL: (212) 983-1300
FAX: (212) 983-0383

218 ROUTE 17 NORTH
SUITE 400
ROCHELLE PARK, NJ 07662
TEL: (201) 225-2001
FAX: (201) 225-9002

## *FIRM RESUME*

### *General Information*

Our firm was formed with the goal of combining the experience we gained through practicing law at large firms with the closeness, flexibility and attention to detail that characterize many smaller firms. In essence, we have designed our firm to be able to handle both large and small matters, offering what we believe our clients want most: *quality legal work with an emphasis on communication*.

Our firm's philosophy is essentially a continuation of the manner in which each of us have practiced law: *our clients and their needs come first*. Responsiveness to our clients' needs is of equal importance to professional skill and legal acumen. We are mindful that the law is a service business and we place a premium on communication. It is our policy to keep our clients fully informed as each matter progresses. We seek and encourage our clients' active participation in every business deal we do for them and in every litigation we handle for them. The client has the final say as it is their matter. *We serve the client*.

Regardless of the matter, our approach to each case is the same. Our attorneys are as thorough as possible, present an aggressive position for our clients and are tough negotiators. We utilize all available resources necessary to achieve the best possible outcome for our clients. In addition, the combination of polished oral and written advocacy and extensive trial and litigation

experience ensures that our clients receive a high quality legal product and excellent results.  Our goal is to consistently exceed our clients' expectations.

***Practice Areas***

We have significant experience in prosecuting complex cases, including class actions under ERISA involving breach of fiduciary duty, consumer class actions, securities fraud class actions, derivative cases and transactional matters.

By way of example, the following are some of the cases we have been involved in:

- Morrison v. MoneyGram Int'l, Inc., et al., 08-cv-1121 (D. of Minn.) (Appointed Lead Counsel in ERISA Class Action);

- Coppess v. Healthways, Inc., et al., 10-cv-00109 (M.D. of Tenn.) (Appointed Lead Counsel in ERISA Class Action);

- Benitez, et al., v. Humana, Inc., et al., 08-cv-211 (W.D. of Kty.) (Appointed Lead Counsel in ERISA Class Action);

- Thurman v. HCA, Inc., et al., 05-cv-01001 (M.D. Tenn.) (Appointed Co-Lead Counsel in ERISA Class Action);

- Rinehart v. Lehman Brothers Holdings Inc., et al. 08-cv-5598 (S.D.N.Y.) (Appointed Co-Lead Counsel in ERISA Class Action);

- Gradone v. Schering-Plough Corp., et al., 08-cv-01432 (D.N.J.) (Appointed Co-Lead Counsel in ERISA Class Action);

- Walsh v. Popular, Inc., et al., 09-cv-1552 (D. Puerto Rico) (Appointed Co-Lead Counsel in ERISA Class Action);

- West v. Wellpoint, Inc., et al., 08-cv-0486 (S.D. of Ind.) (Appointed Co-Lead Counsel in ERISA Class Action);

- <u>Taveras v. UBS, et al.</u>, 08-cv-6696 (S.D.N.Y) (Appointed Co-Lead Counsel in ERISA Class Action);

- <u>In re Avon ERISA Litig.</u>, 05cv8603 (S.D.N.Y.) (Appointed Co-Lead Counsel in ERISA Class Action);

- <u>Johnson v. Bausch & Lomb, et al.</u>, 06-cv-2916 (S.D.N.Y.) (Appointed Co-Lead Counsel in ERISA Class Action);

- <u>Smalls v. Pilgrim's Pride Compensation Committee, et al.</u>, 09-cv-011 (E.D. Tex.) (Appointed Co-Lead Counsel in ERISA Class Action);

- <u>Salvato v. Zale Corp., et al.</u>, 06-cv-1124 (N.D. Tex.) (Appointed Co-Lead Counsel for the Settlement Class in ERISA Class Action);

- <u>Simeon v. Affiliated Computer Services, Inc. et al.</u>, 06-cv-1592 (N.D. Tex.) (Appointed Co-Lead Counsel for the Settlement Class in ERISA Class Action);

- <u>Mellot v. Choicepoint, Inc., et al.</u>, 05 cv1340 (N.D. Ga.) (Appointed Co-Lead Counsel for the Settlement Class in ERISA Class Action);

- <u>Jones v. Novastar Fin., Inc. et al.</u>, 08-cv-00490 (W.D. Mo.) (Appointed Co-Lead Counsel in ERISA Class Action);

- <u>Page v. Impac Mortgage Holdings, Inc., et al.</u>, 07-cv-1447 (C.D. of Cal.) (Appointed Co-Lead Class Counsel for the Settlement Class in ERISA Class Action);

- <u>Taylor et al. v. McKelvey, et al.</u>, 06-cv-8322 (S.D.N.Y.) (Appointed Co-Lead Counsel for the Settlement Class in ERISA Class Action);

- <u>Barnes v. General Growth Properties, Inc., et al.</u>, 08-cv-6680 (N.D. Ill.) (Appointed Co-Class Counsel for the Settlement Class in ERISA class action);

3

- <u>Maxwell v. Radioshack Corp., et al.</u>, 06-cv-499 (N.D. Tex.) (Appointed Co-Class Counsel for the Settlement Class in ERISA class action);

- <u>Harris and Ramos v. Amgen, Inc., et al.</u>, 07-cv- 5442 (C.D. Cal.) (Appointed Co-Lead counsel in ERISA Class Action);

- <u>Boyd, et al. v. Coventry Health, et al.</u>, 09-2661 (D. Md.) (Appointed Co-Lead Counsel in ERISA class action);

- <u>Cannon v. MBNA Corp., et al.</u>, 05-cv-429 (D. Delaware) (Appointed by the Court as Class Counsel representing the Settlement Class);

- <u>Bagley, et al., v KB Home, et al.</u> 07-cv-1754 (C.D. Cal.) (Appointed by the Court as Co-Lead Counsel in ERISA Class Action);

- <u>In re Metlife, Inc., ERISA Litigation</u>, 04cv8838 (S.D.N.Y.) (Appointed Interim Co-Lead Counsel in ERISA Class Action);

- <u>In re Int'l Game Tech. ERISA Litigation</u>, 09-cv-00584 (D. Nevada) (Appointed Interim Co-Lead Counsel in ERISA class action);

- <u>Jason v. Junfeng Chen, et al.</u>, 12-cv-1041 (S.D.N.Y) (Appointed Lead Counsel in securities fraud class action);

- <u>Hanson et al, v. Frazer, LLP., et al.</u>, 12-cv-3166 (S.D.N.Y.) (Appointed Lead Counsel in securities fraud class action);

- <u>Casper vs. Song Jinan, et al.</u>, 12-4202 (S.D.N.Y.) (Appointed Lead Counsel in securities fraud class action);

- Dennis W. Chew v. Peregrine Pharmaceuticals, Inc., et al.,12-cv-08380 (C.D. Ca) (Appointed Lead Counsel in securities fraud class action);

4

- Egleston et al v. Vega et al., 13-cv-02282 (S.D.N.Y) (Appointed Lead Counsel in securities fraud class Action);

- Labit v. Glenn Zagoren, et al., 03cv2298; (S.D.N.Y.) (Appointed Co-Lead Counsel in securities fraud class action);

- Durgin v. Technical Olympic USA, Inc. et al., 06-cv-61844 (S.D. Fla.) (Appointed Co-Lead Counsel in securities fraud class action);

- Araj v. JML Portfolio Management Ltd., et al., 09-cv-00903 (M.D. of Fla.) (Appointed Co-Lead-Counsel in securities fraud class action);

- Patel v. Satyam Computer Services, LTD., et al., 09-cv-00093 (S.D.N.Y.) (co-counsel in securities fraud class action);

- Buettgen v. Katherine J. Harless, et al., 09-cv-791 (N.D. Tex.) (co-counsel in securities fraud class Action);

- Aviva Partners, LLC v. Exide Technologies, et al. 05cv03098 (D.N.J.) (co-counsel in securities fraud class action);

- Carroll v. American Int'l Group., Inc., et al., 08-cv-8659 (S.D.N.Y.) (co-counsel in securities fraud class action);

- In Collins & Aikman Corp., 05cv4950 (S.D.N.Y.) (co-counsel in securities fraud class action);

- Sifferman, v. Sterling Financial Corporation, et al., 13-00183 (W.D.Wa) (co-counsel in F.L.S.A. collective action case);

- DeWald v. Zimmer Holdings, Inc., et al., 08-cv-535 (N. D. Ind.) (de facto lead counsel in ERISA Class Action);

- Jones v. MEMC Electronic Materials, Inc., et al., 08-cv-1991 (E.D. Mo.) (de facto lead counsel in ERISA Class Action);

- Russell v. Harman Int'l Industries Inc., et al, 07-cv-02212 (D. of Columbia) (de facto lead counsel in ERISA Class Action);

- Wright v. Medtronic, et al., 09-cv-443 (D. of Minn.) (de facto lead counsel in ERISA class action);

- Rodriguez v. Wells Fargo & Company, et al., 09-cv-1934 (S.D.N.Y.) (de facto lead counsel in ERISA Class Action);

- Clark v. Home Depot, Inc., 07-cv- 114 (N.D.Ga.) (de facto co-lead counsel in ERISA Class Action);

- Almonor v. BankAtlantic Bancorp, Inc., et al., 07-cv-61862 (S.D. Fla.)(de facto co-lead counsel in ERISA Class Action);

- Herrera v. Wyeth, et al.,08-cv-04688 (S.D.N.Y.) (de facto co-lead counsel in ERISA Class Action;

- Phillips v. Molson Coors Brewing Co., et al., 05-cv-604 (D. Del.) (de facto co-lead counsel in ERISA Class Action);

- Dolliver v. Patterson Companies Inc., (D. Minn.) (de facto co-lead counsel in ERISA Class Action);

- Dudenhoeffer v. Fifth Third Bancorp, et al., 08-cv-538 (S.D.Ohio) (de facto co-lead counsel in ERISA Class Action);

- Johnson v. Radian Group, Inc., 08-cv-2007 (E.D. Penn.) (de facto co-lead counsel in ERISA Class Action;

- <u>Diggs v. ING Groep N.V., et al.</u>, 09-cv-2038 (S.D.N.Y.) (de-facto co-lead counsel in ERISA Class Action);

- <u>Hamwi v. AON Corporation, et al.</u>, 04 CV 7729 (N.D. Ill.) (co-counsel in ERISA class action);

- <u>Sheppard, et al. v. Federal National Mortgage Association, et al.</u>, 05-cv-00937 (D. Col.) (co-counsel in ERISA class action);

- <u>Spiziri v. The St. Paul Travelers Companies, et al.</u>, 04-cv-5097 (D. Minn) (co-counsel in ERISA class action);

- <u>Sergi, et al. v. American International Group, Inc., et al.</u>, 05-cv-4266 (S.D.N.Y.) (co-counsel in ERISA class action);

- <u>Ferdinandson v. Marsh & McLennan Companies, Inc. et al.</u>, 05-cv-2019 (S.D.N.Y) (co-counsel in ERISA Class Action);

- <u>Grider v. The Administrative Committee of the Tower Automotive Retirement Plan, et al.</u>, 05cv4084 (S.D.N.Y.) (co-counsel in ERISA class action);

- <u>Chase-Orr v. Delphi Corp., et al.</u>, 05cv71339 (D. Minn.) (co-counsel in ERISA Class Action);

- <u>Bosman v. Harley-Davidson, Inc., et al.</u>, 05-cv-00912 (E.D.Wis.) (co-counsel in ERISA Class Action);

- <u>Fontenot v. Guidant</u>, 05-cv-1468 (S.D. Ind.) (co-counsel in ERISA Class Action);

- <u>Larson v. Boston Scientific, et al</u>, 06-CV-10105 (D. Mass.) (co-counsel in ERISA Class Action);

- <u>Johnson v. Dana Corp., et al</u>, 05-cv-7435 (N. D. Ohio) (co-counsel in  ERISA Class Action);

- <u>Forbes v. Diebold Inc., et al</u>, 05-cv-0324 (N.D. Ohio) (co-counsel in ERISA Class Action);

- <u>Pascullo, et al., v. Merrill Lynch & Co., Inc, et al.</u>, 08-cv-1116 (S.D.N.Y.); (co-counsel in ERISA Class Action);

- <u>Chiecko, et al. vs. Morgan Stanley & Co., Inc., et al.</u>, 08-cv-01206 (S.D.N.Y.) (co-counsel in ERISA Class Action);

- <u>Urban v. Comcast Corporation, et al.</u>, 08-cv-00773 (E.D. Penn.) (co-counsel in ERISA Class Action);

- <u>Gunning v. National City Corporation, et al.</u>, 08-cv-00724 (N.D. Ohio) (co-counsel in ERISA Class Action);

- <u>Moore v. Indymac Bancorp, Inc., et al.</u>, 08-cv-04579 (C.D. Cal.) (co-counsel in ERISA class action);

- <u>Roland v. William S. White, et al.</u>, 08-cv-80780 (S.D. Fla.) (co-counsel in ERISA class action);

- <u>Wright v. Bank of America, et al.</u>, 09-cv-01056 (S.D.N.Y.) (co-counsel in ERISA Class Action);

- <u>Whisby v. Suntrust Banks, Inc., et al.</u>, 09-cv-1493 (N.D. Atlanta) (co-counsel in ERISA Class Action);

- <u>Sheppard v. Federal Nat'l Mortgage Assoc., et al.</u>, 05-cv-0937 (D. Col.) (co-counsel in ERISA Class Action);

- <u>Phillips v. American Int'l Group, et al.</u>, 05-cv-4142 (S.D.N.Y.) (co-counsel in ERISA Class Action);

- <u>Janes v. Bear Stearns Companies, Inc.</u>, 08-cv-5489 (S.D.N.Y.) (co-counsel in ERISA Class Action);

- <u>In re Lear Corp. ERISA Litig</u>, 06-cv-11735 (E.D. Mich.) (co-counsel in ERISA Class Action);

- <u>In re CitiGroup ERISA Litig.</u>, 07-cv-9790 (S.D.N.Y.) (co-counsel in ERISA Class Action);

- <u>In re Fannie Mae ERISA Litig.</u>, No. 04-cv-01784 (D. Col.) (co-counsel in ERISA Class Action);

- <u>In re AIG ERISA Litig.</u>, No. 04-cv-9387 (S.D.N.Y.) (co-counsel in ERISA Class Action);

- <u>Edgar v. Avaya, Inc., et al.</u>, 05-cv-3598 (D.N.J.) (co-counsel in ERISA Class Action);

- <u>McCauley v. Tribune Company, et al.</u>, 05-cv-03377 (N.D. Ill.) (co-counsel in ERISA Class Action);

- <u>Jackson v. The Coca-Cola Company, et al.</u>, 05-cv-1798 (N.D. Ga.) (co-counsel in ERISA Class Action);

- <u>Bowen v. Dell Computer Corporation, et al.</u>, 06-cv-790 (W.D. Tex.) (co-counsel in ERISA Class Action);

- <u>Boyd v. ConAgra Foods, Inc., et al</u>, 05-cv-00386 (D. Neb.) (co-counsel in ERISA Class Action);

- <u>Mathew  v. The JP Morgan Chase Retirement Plan, et al.</u>, 06-cv-4184 (S.D.N.Y.) (co-counsel in ERISA Class Action);

- In re Terex Corp. ERISA Litig., 10-cv-00006 (D. Ct.) (co-counsel in ERISA Class Action);

- In re BP ERISA Litig., 10-cv-4214 (S.D. Tex) (co-counsel in ERISA Class Action)

- Harrington, et al. v. Textron Inc., et al., 09-504 (D. Rhode Island) (co-counsel in ERISA class action);

- Winfield v. Citigroup, Inc., et al., 11-8990 (S.D.N.Y.) (co-counsel in ERISA class action);

- Bolger v. Antonio M. Perez, et al., 12-6067 (W.D.N.Y.) (co-counsel in ERISA class action);

- Heidecker v. Northrop Grumman Corp., et al. 07-cv-00153 (C.D. Cal.) (counsel in ERISA Class Action);

- Pino, et al. v. Kraft Foods Global, Inc. et al., 07-cv-1954 (N.D. Ill.) (counsel in ERISA Class Action);

- Willet v. Beazer Homes USA, Inc., et al., 07-cv-1079; (N.D. Ga.) (counsel in ERISA Class Action);

- Weber v. Countrywide Financial Corporation, et al. 08-cv-0251 (C.D. Cal.)(counsel in ERISA Class Action);

- Knoll v. KV Pharmaceutical Company, et al., 09-cv-297 (E.D. Mo.) (counsel in ERISA class action);

- Nespole v. DRDGold Limited, et al., 05-cv-5661 (S.D.N.Y.) (co-counsel in securities fraud class action);

- <u>Benario, et al.</u>, 07-cv-81066 (S.D. Fla.) (co-counsel in securities fraud class action involving Bravo Co.);

- <u>In re Omnivision Technologies, Inc.</u>, 04cv2297 (N.D. Cal.) (co-counsel in securities fraud class action);

- <u>Heilbrunn, et al. v. Sequenom, Inc., et al.</u>, 09-cv-00922 (S.D. Cal.) (counsel in securities fraud class action);

- <u>Forsee v. Janus Fund, et al.</u>, 03cv7654 (S.D.N.Y.) (securities fraud class action);

- <u>Clancy v. Strong Advisors Common Stock Fund, et al.</u>, 03cv8375 (S.D.N.Y.) (securities fraud class action);

- <u>Adams v. Putnam American Government Income Fund, et al.</u>, 04cv01072 (S.D.N.Y) (securities fraud class action);

- <u>Clancy v. Invesco Advantage Health Sciences Fund, et al.</u>, 04cv0713 (S.D.N.Y) (securities fraud class action);

- <u>Durkin v. Canadian Superior, Inc., et al.</u>, 04cv3453 (S.D.N.Y.) (securities fraud class action);

- <u>In re Nortel Networks Corp. Sec. Litig.</u>, 04cv02115 (S.D.N.Y.) (securities fraud class action);

- <u>In re China Life Sec. Litig.</u>, 04cv2122 (S.D.N.Y.) (securities fraud class action);

- <u>Jason v. Junfeng Chen, et al.</u>, 12cv1041 (S.D.N.Y.) (counsel in securities fraud class action);

- <u>Santello v. First Niagra Financial Group, Inc., et al.</u>, 11-cv-01723 (D. Connecticut) (co-counsel in consumer overcharge action vs. bank);

- <u>Kool Blue Pools & Spas, Inc. v. Pool Corporation, et al.</u> 12-cv-0287 (E.D. Lo.) (co-counsel in antitrust class action);

- <u>Friedman v. Ameritrade Holding Corp.</u>, 1346-N (Court of Chancery for the State of Delaware) (Appointed by Court as Member of the Committee of the Whole);

- <u>Hill v. Polymedica Corporation, et al.</u>, 07-cv-3527 (Commonwealth of Massachusetts) (de-facto co-lead counsel in transactional case involving Polymedica);

- <u>Snyder v. Countrywide Financial Corporation, et al.</u>, BC383840 (Superior Court of the State of California) (co-counsel in Transactional Case);

- <u>McCalla v. Chiron Corp., et al.</u>, RG04180801(Sup. Ct. of Cal.) (co-counsel in derivative action and transactional case);

- <u>Freedman v. Gillette Company, et al.</u>, C.A. No. 1130-N  (Court of Chancery for the State of Delaware) (co-counsel in Transactional case);

- <u>In Re Ameritrade</u>, C.A. No. 5830650-N  (Court of Chancery for the State of Delaware) (co-counsel in Transactional case);

- <u>Afuape v. Robert Chrenc, et al.</u>, Index No. 05-25098 (Supreme Court, Queens Co., New York) (counsel in Symbol Technology derivative action and transactional case);

- <u>Barnum v. Barbara T. Alexander, et al.</u>, A52977(D.C. Clark County, Nevada) (co-counsel in transactional case re Harrah's);

- <u>James-King v. Bausch & Lomb, et al.</u>, 07-cv-8565 (Supreme Court of the State of New York)(co-counsel in Transactional Case);

12

- <u>Hapka v. Dennis Crowley, et al.</u>, 50-2005 CA (15th Judicial Circuit in and for Palm Beach County, Florida) (de facto lead counsel in derivative action against Spear & Jackson);

- <u>Riley v. Jorge Mas, et al.</u>, 04cv27000 (11th Judicial Circuit in and for Dade County, Florida) (de facto lead counsel in Mastec derivative action);

- <u>Hanson v. Odyssey HealthCare, Inc., et al.</u>, 3:04 CV 2751 (N.D. Texas) (de facto co-lead Counsel in derivative action);

- <u>Lemond v. New York Community Bancorp, Inc., et al.</u>, 05cv2222 (E.D.N.Y) (de facto co-lead counsel in derivative action);

- <u>Nieman v. Ira B. Lampert, et al.</u>, 05cv60574 (S.D. Fl.) (de facto co-lead counsel in derivative action against Concord Camera);

- <u>In re Genta Incorporated Derivative Litig.</u>, Docket No. UNN-L-2054-04 (N.J. Superior Court) (co-counsel in derivative action);

- <u>Ramseur v. Callidus Software, Inc., et al.</u>, No. C. 04-4419 (N.D. Cal.) (co-counsel in derivative action);

- <u>Sindona v. M. Richard Asher, et al.</u>, 05-2644 (N.D. Cal.) (co-counsel in Electronic Arts derivative action);

- <u>Ciabatti v. David M. Rickey, et al.</u>, 06-cv-4910 (N.D. Cal.); (co-counsel in Derivative Class Action);

- <u>Chu v. Abercrombie & Fitch Co.</u>, 05-cv-01084 (S.D. Ohio) (co-counsel in derivative class action);

- <u>Cunningham v. Joseph Ram, et al.</u>, 06-cv-1529 (S.D. Cal.) (co-counsel in Applied Micro derivative action);

13

- Anderson v. John D. Lockton, et al., 1168070 (Superior Court of California, County of Santa Barbara) (derivative action against Superconductor Technologies, Inc.).

- Arvelo v. Jon S. Corzine, et al., 2291/2012 (Supreme Court, Queens County) (co-counsel in derivative action);

- Brody v. David Lerner Associates, Inc., et al., 12cv782 (E.D.N.Y.) (co-counsel in breach of fiduciary duty class action);

We also represent plaintiffs and defendants in a variety of complex civil and commercial litigations, including consumer class actions, real estate and business disputes, breach of contract and commercial disputes, employment cases (discrimination, harassment, wrongful termination), insurance coverage disputes, professional malpractice (accounting, legal and medical), products liability, and personal injury lawsuits.

We have also been retained strictly as trial counsel in many matters.   Members of the firm are admitted to practice in all the courts of the State of New York and New Jersey, as well as in the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court of New Jersey, the United States Court of Appeals for the Second Circuit, Fifth Circuit, Sixth Circuit, Ninth Circuit and Eleventh Circuit.   Members of the firm have also been admitted *pro hac vice* in a number of other state and federal jurisdictions.

*EXHIBIT 2*

**EXHIBIT 2**

*In re Textron, Inc. ERISA Litigation*, Civil Action No. 09-383-ML (D.R.I.)

**GAINEY McKENNA & EGLESTON**

**TIME REPORT — Inception through October 28, 2013**

| Name | Total Hours | Hourly Rate | Total Lodestar |
|---|---|---|---|
| **ATTORNEYS:** | | | |
| Thomas J. McKenna | 222.50 | $695.00 | $154,637.50 |
| Gregory M. Egleston | 54.25 | $650.00 | $35,262.50 |
| Gwendolyn Rawls | 68.00 | $495.00 | $33,660.00 |
| Beverly Forrest | 92.25 | $495.00 | $45,663.75 |
| **PARALEGALS:** | | | |
| Noemi Escarment | 64.90 | $250.00 | $16,225.00 |
| **TOTALS:** | | | $285,447.75 |

# EXHIBIT 3

**EXHIBIT 3**

*In re Textron, Inc. ERISA Litigation*, Civil Action No. 09-383-ML (D.R.I.)

**GAINEY McKENNA & EGLESTON**

**EXPENSE REPORT — Inception through October 28, 2013**

| Categories: | Amount |
|---|---|
| Photocopying/Reproduction | $287.60 |
| Postage/Notice Costs | $37.94 |
| Telephone/Facsimile Charges | $33.50 |
| Messengers/Express Services | $27.52 |
| Court Filing Fees | $350.00 |
| Computer Research (Westlaw, Pacer, etc.) | $109.22 |
| Out-of-Town Transportation/Meals/Hotel | $3,502.62 |
| Litigation Fund Assessments | $2,500.00 |
| **TOTAL EXPENSES:** | $6,848.40 |